740 A.2d 1141

**CITY OF PHILADELPHIA, Petitioner,**

v.

**CIVIL SERVICE COMMISSION OF CITY OF PHILADELPHIA and Howard Ryder, Respondents.**

Supreme Court of Pennsylvania.

Dec. 1, 1999.

Martin G. Malloy, William C. McGovern, Philadelphia, for petitioner.

## ORDER

PER CURIAM.

**AND NOW**, this 1 st day of December 1999, the Petition for Allowance of Appeal is granted limited to the following issues:

a. Whether the Commonwealth Court's decision conflicts with prior decisions of this Court and the Commonwealth Court regarding the burden of proving an abnormal working condition in a case seeking benefits for a work-related psychiatric injury.

b. Whether the Commonwealth Court's decision improperly expands the definition of abnormal working condition in the case of a police officer seeking benefits for psychiatric injury resulting from an armed confrontation with a criminal suspect.